In re CAMPIGLIO. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) In the matter of the application of Maria Campiglio for the removal of the body of Lorenzo Campiglio (also known as "Lawrence Campbell") from a burial plot in Calvary Cemetery to another plot in the same cemetery. No opinion. Motion denied.

CARPENTER et al., Appellants, v. KLEIN, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Joseph N. Carpenter and others against Josephine Klein. M. Mayer, for appellants. S. Sultan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARPINONE, Appellant, v. GREENSPAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Antonio Carpinone against Jacob Greenspan and another.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
HOOKER, J., dissents. HIRSCHBERG, P. J., not voting.

CASPER et al., Respondents, v. GOLDBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Max Casper and another against Harris Goldberg and others. No opinion. Judgment affirmed, with costs.

CASS, Respondent, v. STEINER, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Peter J. Cass against Max Steiner.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
HIRSCHBERG, P. J., not voting.

CHARLES H. BROWN PAINT CO., Respondent, v. COHN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Charles H. Brown Paint Company against Samuel Cohn and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

CIRKOT, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Peter Cirkot against Clement H. Brown. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the authority of Flanagan v. Fox, 6 Misc. Rep. 132, 26 N. Y. Supp. 48, affirmed 144 N. Y. 706, 39 N. E. 857.

CITY OF NEW YORK, Respondent, v. HOLZDERBER, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by the City of New York against Charles P. Holzderber. W. W. Niles, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 44 Misc. Rep. 509, 90 N. Y. Supp. 63.

CITY OF NEW YORK, Respondent, v. URGALO et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by the City of New York against Louis Urgalo and another. No opinion. Motion denied, without costs, provided the appellants perfect their appeal in time to place the case upon the next calendar of this court and be ready for argument when the cause is reached; otherwise, motion granted, with $10 costs.

CLEMENSON, Respondent, v. FRANKLIN L. LEWI CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Thomas J. Clemenson against the Franklin L. Lewi Company.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

COHEN, Respondent, v. ARNSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Ben Cohen against Robert Arnstein. M. Feltenstein, for appellant. M. Kronacher, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

COHEN, Respondent, v. REGIERER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Barney Cohen against Isaac Regierer and another. No opinion. Motion denied, with $10 costs.

COHN, Respondent, v. PAUL C. KOEBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Arthur Cohn against the Paul C. Koeber Company. No opinion. Order modified, by limiting the reference to issues of fact (see Code Civ. Proc. § 1013), and, as thus modified, affirmed, without costs.

COLGATE et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Susan F. Colgate and others, as trustees, etc., of James B. Colgate, deceased, and James C. Colgate and Austen Colgate, as executors, etc., against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment (51 Misc. Rep. 503, 100 N. Y. Supp. 650) modified, so far as to permit the defendant to enforce subdivision "k" of rule 14, on the ground that there is not sufficient evidence to show that said rule is not reasonably necessary to insure the safe management of the defendant's trains, and, as thus modified, the judgment is affirmed, without costs.
HOOKER, J., votes to affirm without modification.

CONKLIN et al. v. CODDINGTON et al. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by George R. Conklin and another against William H. Coddington and John C. Minturn, subse-